ORIGINAL

FILED 09 FEB '12 14:21 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

Patrick Kelly

(Enter full name of plaintiff(s))

Plaintiff(s),

v.

United States of America

(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. CV'12- 240 SI
(to be assigned by Clerk of the Court)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Patrick Kelly, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes ☒ No

    If "Yes" state the place of your incarceration: _____

    If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.

2. Are you currently employed?   ☒ Yes ☐ No ☐ Self-employed

    a. If the answer is "Yes," state:
    Employer's name: Merry X-Ray
    Employer's address: NW. 24th Ave. Portland, OR
    Amount of take-home pay or wages: $ 260.00 per Bi Weekly (specify pay period)

Revised August 6, 2010
Page 1

USDC - Oregon

b. If the answer is "No," state:

Name of last employer: _____

Address of last employer: _____

Date of last employment: _____

Amount of take-home salary or wages: $_____ per _____ (specify pay period)

3. Is your spouse or significant-other employed? ☒Yes ☐No ☐Self-employed ☐Not applicable
If the answer is "Yes," state:

Employer's name: __Merry X-Ray__

Employer's address: __NW. 24th Ave. Portland, OR__

Amount of take-home pay or wages: $__1100__ per __bi-weekly__ (specify pay period)

4. In the past 12 months have you received any money from any of the following sources?

a. Business, profession or other self-employment ☐Yes ☒No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

b. Rent payments, interest, or dividends ☐Yes ☒No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

c. Pensions, annuities, or life insurance payments ☐Yes ☒No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

d. Disability or workers compensation payments ☐Yes ☒No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

e. Gifts or inheritances ☐Yes ☒No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

f. Any other sources ☒Yes ☐No

If "Yes," state: Source: __Financial Aid (PCC) for school__

Amount received: $ __3,500 per semester__

Amount expected in future: $ _____

5. Do you have cash or checking or savings accounts? ☒ Yes ☐ No
   (including prison trust accounts)?

   If "Yes," state the total amount: $20.00

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

   If "Yes," describe the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____
   _____

7. Do you have any other assets? ☐ Yes ☒ No

   If "Yes," list the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____
   _____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☒ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense.
   Provide $600 in living expenses and $200 a month for utilities
   _____
   _____
   _____
   _____

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   My daughter — 100% support at least half of my living expenses are for her room and food a month
   _____
   _____
   _____

10. Do you have any debts or financial obligations?     ☒ Yes  ☐ No

If "Yes," describe the amounts owed and to whom they are payable.

_Have $10,000 in school loans_

**If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

Feb. 1, 2012
DATE

_[signature]_
SIGNATURE OF APPLICANT

Patrick Kelly
PRINTED NAME OF APPLICANT